**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT COLEMAN,**

        **Plaintiff,**

**-vs-**                                                           **Case No. 6:11-cv-966-Orl-31KRS**

**HARBIN LAWN AND GROUNDS, LLC,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement Agreement . . . and Dismissal of the Action with prejudice (Doc. No. 18) filed September 7, 2011.

On September 9, 2011, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement Agreement is GRANTED.

3. The Plaintiff shall abide by paragraphs 3 and 4 of the Report and Recommendation.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is DISMISSED, with prejudice, and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 21st day of September, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE